

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Diego Unified Port District | Civil Action No. 14cv00070-CAB-RBB |
| Plaintiff, | |
| V. | |
| Ace American Insurance Company; Does 1 through 50, inclusive | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

That ACE's Motion for Summary Judgment (Doc. No. [17] ) is granted, and the Port's Motion for Partial Summary Judgment Regarding Breach of Duty to Defend (Doc. No. [14] ) is denied.

Date: 10/28/14

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ C. Lopez
C. Lopez, Deputy